ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
DENNIS C. BASTRON
Assistant U.S. Attorney
Arizona State Bar No. 027294
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Dennis.Bastron@usdoj.gov
*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael French, | No. CV-17- |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | **Pinal Justice Court Case No. CV2017001081** |
| Susan Macdonald, | |
| Defendant. | |

The United States of America, on behalf of Susan Macdonald, under 28 U.S.C. § 2679(d)(2) and following 28 U.S.C. § 1446 and LRCiv 3.6, hereby removes Pinal County Justice Court Case No. CV2017001081 to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1. **Timeliness.** Plaintiff Michael French filed this lawsuit in Pinal County Justice Court on July 18, 2017, and served the only named defendant, Susan Macdonald, on July 31, 2017. Removal is therefore timely under 28 U.S.C. § 1446(b)(1).

2. **Authority to Remove.** The only defendant, Susan Macdonald, is federal employee serving as a nurse at the Southern Arizona VA Health Care System in Tucson, Arizona. The Attorney General, through the Acting United States Attorney for the District of Arizona, has certified that Macdonald was "within the scope of [her] office or employment at the time of the incident out of which the claim arose." *See* 28 U.S.C.

1

§ 2679(d); 28 C.F.R. § 15.4(a). The Acting United States Attorney's certification is attached as <u>Exhibit A</u>. This case is therefore removable under 28 U.S.C. § 2679(d)(2).

3. **Venue in Tucson Division.** The cause of action arises out of Macdonald's medical treatment of French and her notations in his medical records, which occurred at the Southern Arizona VA Health Care System in Tucson, Arizona. Venue is therefore proper in the Tucson Division. *See* LRCiv 77.1(a) and (c).

4. **Notice to Adverse Parties and State Court.** Following 28 U.S.C. § 1446(d) and LRCiv 3.6(a), a copy of this Notice of Removal will be filed with the Pinal County Justice Court and sent to the Plaintiff when it is filed in this Court.

5. **State Court Record.** Following 28 U.S.C. § 1446(a) and LRCiv 3.6(b), the United States has attached all pleadings and other documents that were previously filed with the state court as <u>Exhibit B</u>. Undersigned counsel verifies that the records contained in Exhibit B "are true and complete copies of all pleadings and other documents filed in the state court proceeding." *See* LRCiv 3.6(b).


August 15, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


By  */s/ Dennis C. Bastron*
DENNIS C. BASTRON
Assistant United States Attorney
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also served the attached document by U.S. mail on the following, who is not a registered participant of the CM/ECF System:

Michael French
220 N Sunset Cir
Casa Grande, AZ 85122
*Plaintiff*

By *s/ Dennis C. Bastron*

3