# EXHIBIT A

# Certification of Scope of Employment by Acting U.S. Attorney Elizabeth A. Strange

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
DENNIS C. BASTRON
Assistant U.S. Attorney
Arizona State Bar No. 027294
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Dennis.Bastron@usdoj.gov
*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael French,<br><br>             Plaintiff,<br><br>    v.<br><br>Susan MacDonald,<br><br>             Defendant. | No. CV-17-<br><br>**CERTIFICATION<br>OF SCOPE OF EMPLOYMENT**<br><br>**Formerly Pinal County Justice Court Case No. CV-20171081** |

I, Elizabeth A. Strange, Acting United States Attorney for the District of Arizona, under 28 U.S.C. § 2679(b) and 28 C.F.R. § 15.4(b), hereby certify that Susan Macdonald was, at the time of the matters alleged in this action (Pinal Justice Court Case No. CV-20171081), a federal employee acting within the course and scope of her employment with the United States.

August 10, 2017.

*[signature]*
ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

1