# EXHIBIT B

# State Court Record

| Date Stamped | Party | A | Description | Comment | Satisfied Date | UserID | Charges | Judge |
|---|---|---|---|---|---|---|---|---|
| 08/08/2017 03:49 PM | FRENCH, MICHAEL | | PROOF OF SERVICE FILED | | | EALDANA | | |
| 08/08/2017 09:48 AM | FRENCH, MICHAEL | | TELEPHONE | LISA W/US ATTORNEYS OFFI | 07/31/2017 | KRBROWN | | |
| 08/03/2017 11:38 AM | FRENCH, MICHAEL | | TELEPHONE | PLAINTIFF CALLED TO GET IN | | EALDANA | | |
| 07/13/2017 11:18 AM | FRENCH, MICHAEL | | Receipt Exp0001863 generated for the amount of $43.00 | | | EALDANA | | |
| 07/18/2017 11:17 AM | FRENCH, MICHAEL | | Receivable Created For $24.00 | | | EALDANA | | |
| 07/18/2017 11:17 AM | FRENCH, MICHAEL, ET AL | | Case Initiated - COMPLAINT | | | EALDANA | | |



# Pinal County Justice Courts, Arizona

Please select court from the drop down list --------------------------------->

LDG #80

CASE NUMBER: CV201800108

| | | |
|---|---|---|
| MICHAEL FRENCH | SUSAN MACDONALD | OCOTILLO |
| 280 N SUNSET SIR | 3601 S. 6TH AVE | CLINIC |
| CASA GRANDE AZ 85122 | TUCSON AZ 85723 | TUCSON VA |
| (331) 220-0108 | (520) 629-4881 | PLACE OF |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone | WORK! |

The Statutory Agent / Corporate Officer to be served is: _____

---

## SMALL CLAIMS COMPLAINT / SUMMONS / ANSWER

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to ARS 22-504, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within TWENTY (20) DAYS by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: JUL 18 2017    Clerk: _____    (SEAL)

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES SHOULD BE MADE TO THE COURT AS SOON AS POSSIBLE.

### PLAINTIFF'S CLAIM

This Justice Court has venue because ☐ The defendant resides in this precinct. ☒ The debt, or cause of action, or incident that resulted in this claim, occurred in this precinct at the following location: 280 N SUNSET CIR CASA GRANDE $3,500 is the total amount owed me by defendant because:

SHE FALSIFIED A DOCUMENT WHICH CAUSED MY ___
MEDICAL AND MENTAL TREATMENT TO BE STOPPED
SOME MEDICATIONS WHERE STOPPED ALSO.
I'M SEEKING 3,500 PLUS $24.00 FILLING FEES AND COST TO SERVE
MACDONALD! I WILL USE (see 18 U.S.C. 3511 (2)(d). (ALSO A.R.S. §
13-3005, -3012 (9,
THESE ARE FEDERAL AND STATE LAWS FOR RECORDS
AND MY WITNESS FOR CLAIM

Date: _____    Plaintiff: Michael French

---

### DEFENDANT'S ANSWER

*A filing fee must be paid at the time your answer is filed.*

I am answering on behalf of ☐ Myself ☐ Marital Community ☐ Other: _____    I do not owe the plaintiff because:

Date: _____    Defendant(s): _____

I CERTIFY that I delivered / mailed a copy of this SMALL CLAIMS COMPLAINT / SUMMONS / ANSWERS to the Plaintiff at the above address.
    Date: _____    By: _____    _____ Defendant

R: 12/1/14

AZ Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050

## IN THE CASA GRANDE JUSTICE COURT PINAL COUNTY STATE OF ARIZONA

Michael French                                                    Case Number: CV2017001081

        Plaintiff(s)/Petitioner(s),

VS.                                                                CERTIFICATE OF PROCESS

Susan Macdonald

        Defendant(s)/Respondent(s).

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

Documents Served: Small Claims Complaint/Summons/Answer,

Service Upon: Susan Macdonald

Date of Service: Mon, Jul 31 2017                  Time of Service: 09:05 AM

Address of Service: 3601 S 6th Ave Building 80 1st Floor , Tucson , AZ 85723

Manner of Service:

[X] By Serving Susan Macdonald in person.
[ ] Substitute, by serving _____, a person of suitable age and discretion who resides with
at the address of service.
[ ] By personally serving _____ who holds the position of
[ ] Other Service, As Detailed Below.
[ ] Non-Service for the Reasons Detailed Below.

I certify under penalty of perjury that the foregoing is true and correct.

Declarant: Eric Hahn
Registered in Pima County 547

Executed on 07___, _31____ 2017.

| Service | $ 60.00 |
|---------|---------|
| Mileage | $ |
| Locate | $ |
| Other | $ |
| Total | $ 60.00 |