UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): Michael French | Defendant(s): Susan Macdonald |
|---|---|
| County of Residence: Pinal | County of Residence: Pima |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): | Defendant's Atty(s):<br>**Dennis Carlton Bastron**<br>**United States Attorney's Office, District of Arizona**<br>**405 W Congress St, Suit 4800**<br>**Tucson, Arizona  85701**<br>**520-620-7300** |

**REMOVAL FROM PINAL COUNTY, CASE #CV2017001081**

II. Basis of Jurisdiction:      2. U.S. Government Defendant

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :      2. Removed From State Court

V. Nature of Suit:      362 Med. Malpractice

VI. Cause of Action:      28 U.S.C. 2679(d) and 1346(b)

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** s/ Dennis C. Bastron

**Date:** 8/15/2017

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

# SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Michael French | Plaintiff | None |
| Susan Macdonald | Defendant | Dennis C. Bastron, Assistant United States Attorney<br>United States Attorney's Office, Civil Division<br>405 W Congress St, Suite 4800<br>Tucson, AZ 85701<br>520-620-7300 |
|  |  |  |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes ◯    No ⦿
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ◯    No ⦿
   If "Yes," by which party and on what date?

Supp CV Cover Sheet (rev 8/20/2015)

4. **Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Susan Macdonald | July 31, 2017 | Personal service |
| | | |
| | | |

5. **Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| None | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| None | |
| | |
| | |

7. **Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff Michael French | French claims that Susan Macdonald, a nurse at the VA Hospital in Tucson, caused his medical treatment to be discontinued. |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**