# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael French,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Susan Macdonald, et al.,<br><br>　　　　Defendants. | No. CV-17-02750-PHX-JZB<br><br>**ORDER** |

On August 31, 2017 (Doc. 7), an Order issued setting this matter for Order to Show Cause Hearing on September 25, 2017 at 8:45 a.m. for Plaintiff's failure to comply with LRCiv 3.7(b).  Plaintiff having failed to appear at the scheduled hearing,

**IT IS ORDERED** that Plaintiff show cause in writing **within 7 days** of the date of this Order why this case should not be dismissed without prejudice.  If Plaintiff fails to respond, this case will be dismissed without further notice.

Dated this 25th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　_G. Murray Snow_
　　　　　　　　　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　　　　　　　　　United States District Judge